IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JESUS ANTONIO MORENO GONZALEZ, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-316-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 7/29/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of July, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk